FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

2011 JAN 18  AM 11: 37

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

DAVID GARRARD, JACKSONVILLE JAGUARS,
LTD., NATIONAL FOOTBALL LEAGUE and NFL
PROPERTIES LLC,

                Plaintiffs,                Case No. 3:11-CV-39-J-12JRK

        v.

JAX OR BETTER, LLC D/B/A JACKS OR BETTER
CASINO, LLC, CRUISES TO NOWHERE, LLC and
MARK SLOTKIN,

                Defendants.

_____/

**PLAINTIFFS' MOTION FOR ADMISSION**
**_PRO HAC VICE_ OF BRUCE P. KELLER AND S. ZEV PARNASS**

       Pursuant to Rule 2.02(a) of the Local Rules of the United States District Court for

the Middle District of Florida, the Plaintiffs, David Garrard, Jacksonville Jaguars, Ltd., National

Football League and NFL Properties LLC ("Plaintiffs"), move this Court for permission to allow

Bruce P. Keller and S. Zev Parnass of the law firm of Debevoise & Plimpton LLP to be admitted

specially to appear before this Court _Pro Hac Vice_ for purposes of representing the Plaintiffs in

the above-styled action.  In support of this motion, Plaintiffs would show the Court that Mr.

Keller is a member in good standing of the Bars of the States of New York, New Jersey and

Massachusetts and the Federal District Courts for the Southern and Eastern Districts of New

York, the District of New Jersey and the District of Massachusetts, and that Mr. Parnass is a

member in good standing of the Bars of the States of New York and New Jersey and the Federal

District Courts for the Southern and Eastern Districts of New York and the District of New

Jersey.  In addition, as demonstrated by their completed Special Admission Certification filed

with the Clerk of the Court, and attached hereto as Exhibit A, Messrs. Keller and Parnass are not

1

residents of Florida, do not personally maintain an office for the practice of law in Florida, do not make frequent or regular appearances in cases to such a degree as to constitute the maintenance of a regular law practice in Florida, and have received and reviewed the Local Rules of this Court and affirm that they will abide by those rules.

Further, Plaintiffs have locally retained John A. Tucker and Chanley T. Howell of the law firm of Foley & Lardner LLP, One Independent Drive, Suite 1300, Jacksonville, Florida 32202 ("Local Counsel"), also to represent them in this matter. Local Counsel are members of the Florida Bar and in the United States District Court for the Middle District of Florida and consent to be the designated attorney of record in this matter in accordance with Local Rule 2.02, and upon whom all notices and papers may be served, and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

WHEREFORE, Plaintiffs move this Court to enter an Order permitting the special appearance of Messrs. Keller and Parnass.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I mailed the foregoing and the notice of electronic filing by first-class mail to the following non CM/ECF participants:

MARK SLOTKIN
9031 W. Olympic Blvd.
Beverly Hills, CA 90211

CRUISES TO NOWHERE, LLC
Theresa M. Bennett, Registered Agent
500 SE 17th Street #323
Fort Lauderdale, FL 33316

JAX OR BETTER, LLC D/B/A JACKS OR
BETTER CASINO, LLC
Theresa M. Bennett, Registered Agent
500 SE 17th Street #323
Fort Lauderdale, FL 33316

John A. Tucker

Dated: January 1⁴ᵗ, 2011

Respectfully submitted,

_____

John A. Tucker, FL Bar No. 0356123
jtucker@foley.com
Chanley T. Howell, FL Bar No. 0768219
chowell@foley.com
**FOLEY & LARDNER LLP**
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017
P. O. Box 240
Jacksonville, FL 32201-0240
904.359.2000 Telephone
904.359.8700 Facsimile

Bruce P. Keller, NY Bar No. 1669670
bpkeller@debevoise.com
S. Zev Parnass, NY Bar No. 4221685
szparnass@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
212.909.6118 Telephone
212.909.7118 Facsimile
*Pro Hac Vice* Applications Pending

Attorneys for Plaintiffs David Garrard,
Jacksonville Jaguars, Ltd., National Football
League and NFL Properties LLC

3