**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DAVID GARRARD, JACKSONVILLE
JAGUARS, LTD., NATIONAL FOOTBALL
LEAGUE, and NFL PROPERTIES, LLC,

          Plaintiffs,

vs.                                  Case No. 3:11-cv-39-J-12JRK

JAX OR BETTER, LLC, doing business as
Jacks or Better Casino, LLC, CRUISES TO
NOWHERE, LLC, and MARK SLOTKIN,

          Defendants.
_____/

## O R D E R

This cause is before the Court on Plaintiffs' Motion for Admission *Pro Hac Vice* of Bruce P. Keller and S. Zev Parnass (Doc. No. 5; "Motion"), filed January 18, 2011. In the Motion, Bruce P. Keller and S. Zev Parnass seek permission to appear pro hac vice in this matter on behalf of Plaintiffs David Garrard, Jacksonville Jaguars, Ltd., National Football League, and NFL Properties, LLC, with John A. Tucker and Chanley T. Howell as local counsel. Motion at 1-2. Upon review of the Motion and the file, it appears Mr. Keller and Mr. Parnass have submitted the information and fee necessary to appear pro hac vice. Accordingly, it is

**ORDERED**:

1.    Plaintiffs' Motion for Admission *Pro Hac Vice* of Bruce P. Keller and S. Zev Parnass (Doc. No. 5) is **GRANTED**.

2.     Bruce P. Keller and S. Zev Parnass are permitted to appear pro hac vice in this matter on behalf of Plaintiffs David Garrard, Jacksonville Jaguars, Ltd., National Football League, and NFL Properties, LLC, with John A. Tucker and Chanley T. Howell as local counsel.

**DONE AND ORDERED** at Jacksonville, Florida on January 19, 2011.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Counsel of Record
*Pro Se* Parties