# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

DAVID GARRARD, JACKSONVILLE JAGUARS, LTD., NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC,

          Plaintiffs,

          Case No. 3:11-CV-39-J-12JRK

v.

JAX OR BETTER, LLC D/B/A JACKS OR BETTER CASINO, LLC, CRUISES TO NOWHERE, LLC and MARK SLOTKIN,

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TOME TO RESPOND TO COMPLAINT**

          Defendants.

_____/

    Defendants  JAX OR BETTER, LLC D/B/A JACKS OR BETTER CASINO, LLC, CRUISES TO NOWHERE, LLC and MARK SLOTKIN,  pursuant to Rule 6(b), Fed. R. Civ. P., move for an enlargement of time within which to respond to Complaint and say:

1. Defendants JAX OR BETTER, LLC D/B/A JACKS OR BETTER CASINO, LLC, CRUISES TO NOWHERE, LLC were served a summons with the Complaint on January 24, 2011.

2. Defendants' response to the Complaint is due Monday, February 14, 2011.

3. Plaintiffs and Defendants are in good faith negotiations and anticipate that settlement will be reached and a proposed Consent Order will be submitted on or before February 21, 2011.

4. Defendants have consulted with Plaintiffs concerning this motion, and Plaintiffs have consented to the requested relief.

WHEREFORE, Defendants request that the Court enter an order allowing Defendants an additional week, until Monday, February 21, 2011, to file their response.

## Certificate of Service

I hereby certify that I have furnished the foregoing to Bruce P. Keller and S. Zev Parnass, DeBevoise and Plimpton, LLP, 919 Third Avenue, New York, New York 10022; John A. Tucker and Chanley T. Howell, Foley and Lardner, LLP, One Independent Drive, Suite 1300, Jacksonville, FL 32202 this 14th day of February, 2011.

*Theresa M. Bennett*

_____
Theresa Montalbano Bennett
Attorney for Defendants
Fla. Bar No. 994080
500 Southeast 17th Street Causeway, Suite 323
Fort Lauderdale, FL 33316
Tel.: 954.463.4007
Facs.: 866.840.5795