**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DAVID GARRARD, JACKSONVILLE
JAGUARS, LTD., NATIONAL FOOTBALL
LEAGUE, and NFL PROPERTIES, LLC,

        Plaintiffs,

vs.                               Case No. 3:11-cv-39-J-12JRK

JAX OR BETTER, LLC, doing business as
Jacks or Better Casino, LLC, CRUISES TO
NOWHERE, LLC, and MARK SLOTKIN,

        Defendants.
_____/

# O R D E R

This cause is before the Court on Defendants' Motion for Enlargement of Time to Respond to Complaint (Doc. No. 9; "Motion"), filed February 15, 2011. In the Motion, Defendants Jax or Better, LLC, Cruises to Nowhere, LLC, and Mark Slotkin ("Defendants") seek an extension of time to respond to the Complaint. Motion at 1. Defendants represent that Plaintiffs are unopposed to the relief sought. Id. at 2. Upon review of the Motion, the Court finds good cause to grant an extension of time. Accordingly, it is

**ORDERED**:

1. Defendants' Motion for Enlargement of Time to Respond to Complaint (Doc. No. 9) is **GRANTED**.

2. Defendants shall have up to and including **February 22, 2011** to respond to the Complaint.[1]

**DONE AND ORDERED** at Jacksonville, Florida on February 15, 2011.

*/s/ James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Counsel of Record
*Pro Se* Parties

---

[1] Defendants' requested deadline, February 21, 2011, falls on a federal holiday.