UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

DAVID GARRARD, JACKSONVILLE JAGUARS, LTD., NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC,

        Plaintiffs,

Case No. 3:11-CV-39-J-12JRK

v.

JAX OR BETTER, LLC D/B/A JACKS OR BETTER CASINO, LLC, CRUISES TO NOWHERE, LLC and MARK SLOTKIN,

**DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE CONSENT ORDER**

        Defendants.

_____/

    Defendants JAX OR BETTER, LLC D/B/A JACKS OR BETTER CASINO, LLC, CRUISES TO NOWHERE, LLC and MARK SLOTKIN, pursuant to Rule 6(b), Fed. R. Civ. P., move for a second enlargement of time within which to respond to Complaint and say:

1. Defendants JAX OR BETTER, LLC D/B/A JACKS OR BETTER CASINO, LLC, CRUISES TO NOWHERE, LLC were served a summons with the Complaint on January 24, 2011.

2. On February 15TH, 2011 the court entered an order enlarging the time for defendants response until February 22, 2011.

3. Plaintiffs and Defendants have reached a settlement and a proposed Consent Order will be submitted on or before March 1, 2011.

4. Defendants have consulted with Plaintiffs concerning this motion, and Plaintiffs have consented to the requested relief.

WHEREFORE, Defendants request that the Court enter an order allowing Defendants an additional week, until Tuesday, March 1, 2011, to file the proposed Consent Order.

*Theresa M. Bennett*
_____
Theresa Montalbano Bennett
Attorney for Defendants
Fla. Bar No. 994080
500 Southeast 17th Street Causeway, Suite 323
Fort Lauderdale, FL 33316
Tel.: 954.463.4007
Facs.: 866.840.5795

<u>Certificate of Service</u>

I hereby certify that I have furnished the foregoing to Bruce P. Keller and S. Zev Parnass, DeBevoise and Plimpton, LLP, 919 Third Avenue, New York, New York 10022; John A. Tucker and Chanley T. Howell, Foley and Lardner, LLP, One Independent Drive, Suite 1300, Jacksonville, FL 32202 this 22nd day of February, 2011.

*Theresa M. Bennett*
_____
Theresa Montalbano Bennett
Attorney for Defendants
Fla. Bar No. 994080
500 Southeast 17th Street Causeway, Suite 323
Fort Lauderdale, FL 33316
Tel.: 954.463.4007
Facs.: 866.840.5795