# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

DAVID GARRARD, JACKSONVILLE JAGUARS, LTD., NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC,

    Plaintiffs,

Case No. 3:11-CV-39-J-12JRK

v.

JAX OR BETTER, LLC D/B/A JACKS OR BETTER CASINO, LLC, CRUISES TO NOWHERE, LLC and MARK SLOTKIN,

**PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT**

    Defendants.
_____/

This cause came before the Court on the parties' consent for entry of a permanent injunction and final judgment. Upon the parties' consent and the Court's review of the Complaint filed herein, the Court makes the following findings.

A.    This action was commenced by David Garrard ("Mr. Garrard"), Jacksonville Jaguars, Ltd. (the "Jaguars"), National Football League (the "NFL") and NFL Properties LLC ("NFL Properties") (collectively, "Plaintiffs") against Jax or Better, LLC d/b/a Jacks or Better Casino, LLC, Cruises to Nowhere, LLC and Mark Slotkin (collectively, "Defendants") on January 12, 2011.

B.    The Complaint alleges that Defendants engaged in violations of rights of publicity under federal and Florida law, trademark infringement under federal and Florida law, trademark dilution under federal and Florida law, false designation of origin, false representations and false advertising, unfair competition, and deceptive acts and

practices, through Defendants' unauthorized, commercial use of a photograph of Mr. Garrard in his Jaguars uniform and helmet.

C. This Court has jurisdiction over the federal claims asserted herein under 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331 and 1338, and supplemental jurisdiction over all other claims asserted herein under 28 U.S.C. § 1367(a). The matter in controversy exceeds the value of $75,000, exclusive of interest and costs. Defendants, by and through the signature below of their counsel and Mr. Slotkin individually, acknowledge and accept service of the Summons and Complaint herein, and consent to the jurisdiction and venue of this Court for these proceedings, including any future proceedings herein as may be necessary to enforce the Judgment. By the signature below of their counsel and Mr. Slotkin individually, Defendants also consent to the entry of this Judgment.

NOW, THEREFORE, it is ORDERED, ADJUDGED, and DECREED that:

1. Defendants, their agents, officers, directors, servants, employees, representatives, attorneys, related companies, successors, assigns, affiliates and all others in active concert or participation with any of them, are hereby PERMANENTLY ENJOINED and RESTRAINED from:

(a) Making any use of any likeness or image of Mr. Garrard, or using Mr. Garrard's name, for any commercial, advertising or promotional purposes without the express written authorization of Mr. Garrard or his authorized representative;

(b) Making any use of any likeness or image of any NFL player, or using any NFL player's name, for any commercial, advertising or promotional purposes without the express written authorization of the relevant player or his authorized representative;

(c) Using for any commercial purpose any names, logos, marks, uniform designs, helmet designs and other indicia identifying the NFL and its member clubs ("Member Clubs") (collectively, "NFL Marks"), including but not limited to the Jaguars, whether or not such are federally-registered, without the express written authorization of the NFL, NFL Properties and/or the relevant Member Club;

(d) Representing by any means whatsoever, directly or indirectly, that any goods, services, promotions, contests, sweepstakes or giveaways offered by Defendants are authorized, sponsored, licensed, endorsed or promoted by, or otherwise affiliated with, the NFL, NFL Properties, any Member Clubs, including the Jaguars, or Mr. Garrard, without the express written authorization of the relevant entity or individual; and

(e) Doing any other acts or things calculated or likely to cause confusion or mistake in the minds of the public or to lead consumers into the false belief that any goods, services, promotions, contests, sweepstakes or giveaways offered by Defendants are authorized, sponsored, licensed, endorsed or promoted by the NFL, NFL

Properties, any Member Clubs or Mr. Garrard, or are otherwise affiliated with or connected to the NFL, NFL Properties, any Member Clubs or Mr. Garrard.

2.  In the event that any Defendant violates any provision of this Judgment, in addition to any remedies obtained in any litigation or contempt proceeding brought by Plaintiffs to enforce the Judgment, such Defendant shall be required to reimburse Plaintiffs for any attorneys' fees, expenses and costs incurred in connection with such violation and the enforcement thereof, and shall pay $25,000 per NFL mark or NFL player identity used per use as liquidated damages for such breach, such amount being agreed by the parties to be an appropriate measure of liquidated damages for such violation.

3.  Defendants have reimbursed Plaintiffs in the sum of $5,000.00 for the attorneys' fees, expenses and costs incurred by Plaintiffs in connection with this matter.

4.  The Court shall retain exclusive jurisdiction to enforce any violation of the Judgment.

Dated: February 24th, 2011
Jacksonville, Florida

ACCEPTED AND AGREED TO:

On behalf of Defendants Jax or Better, LLC d/b/a Jacks or Better Casino, LLC, Cruises to Nowhere, LLC and Mark Slotkin:

LAW OFFICE OF THERESA MONTALBANO BENNETT

By: *Theresa Bennett*
Theresa Bennett
TheresaBennett@TheBoatlawyer.com
500 SE 17th Street, Suite 323
Fort Lauderdale, Florida 33316
Telephone: (954) 463-4007
Facsimile: (866) 840-5795

Attorneys for Defendants

*[signature]*
Mark Slotkin, Individually
303 S. ROBERTSON BLVD.
BEVERLY HILLS, CA
90211 (insert address)
( ) - (insert phone number)
310 247-3900

On behalf of Plaintiffs David Garrard, Jacksonville Jaguars, Ltd., National Football League and NFL Properties LLC:

DEBEVOISE & PLIMPTON LLP

By: *John A. Tucker*
Bruce P. Keller
bpkeller@debevoise.com
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6118
Facsimile: (212) 521-7118
Admitted *Pro Hac Vice*

and

John A. Tucker
Florida Bar No. 0356123
jtucker@foley.com
Chanley T. Howell
Florida Bar No. 0768219
chowell@foley.com
FOLEY & LARDNER LLP
One Independent Drive
Suite 1300
Jacksonville, Florida 32202
Telephone:   (904) 633-8924
Facsimile:    (904) 359-8700

Attorneys for Plaintiffs

DONE and ORDERED this 25TH day of February, 2011.

*Howell W. Melton*
HONORABLE HOWELL MELTON
UNITED STATES DISTRICT JUDGE

5