UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID GARRARD, JACKSONVILLE
JAGUARS, LTD., NATIONAL FOOTBALL
LEAGUE and NFL PROPERTIES LLC.,

    Plaintiffs,

v.                                          Case No.3:11-cv-39-J-12JRK

JAX OR BETTER, LLC, etc., CRUISES
TO NOWHERE, LLC and MARK SLOTKIN,

    Defendants.

---

## ORDER

This date the Court entered the parties' joint proposed Permanent Injunction and Final Judgment on Consent (Doc. 13). Accordingly, it is

**ORDERED** that the Clerk is directed to close the case and to terminate all pending motions, hearings, and deadlines.

**DONE AND ORDERED** this __25th__ day of February 2011.

*Howell W. Melton*
Senior U.S. District Judge

c:    Counsel of Record